**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JUSTIN NALL**                                                                                          **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.: 3:25-cv-00490-HTW-LGI**

**PHH MORTGAGE CORPORATION &**                                          **DEFENDANTS**
**WESTERN PROGRESSIVE – MISSISSIPPI, INC.**

---

**EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER
AND FOR AN ORDER TO SHOW CAUSE AS TO WHY A
PRELIMINARY INJUNCTION SHOULD NOT ISSUE PENDING TRIAL**

---

Plaintiff hereby requests that this Court enter a temporary restraining order and for an order requiring Defendant, PHH Mortgage Corporation, to show cause why a preliminary injunction should not issue pending trial in this action, enjoining Defendant, their employees, agents, and personas acting with them or on their behalf, from transferring ownership of, further encumbering, or taking possession of the property located at 127 Saint Charles Ave. Florence, MS 39073.

This application is made pursuant to the provisions Federal Rule of Civil Procedure 65 and on the grounds that Plaintiff will suffer irreparable injury if Defendant is not enjoined from transferring the property to a third party, further encumbering the property, or taking possession or control of the property because such transfer, additional encumbrance, or possession will dispossess Plaintiff from his principal residence despite the fact that PHH and Plaintiff entered into a Loan Modification Agreement which was effective January 1, 2025 and because of the Loan Modification Agreement and payments made in February and March 2025, Plaintiff is not more than 120 days delinquent on his mortgage loan.

This application is based upon the contemporaneously filed Memorandum and the attached Declarations of Michael T. Ramsey and Justin Nall in in support of Plaintiff's Ex Parte Motion for Temporary Restraining Order and for an Order to Show Cause why a Preliminary Injunction Should not Issue Pending Trial.

Respectfully submitted,
Justin Nall, Plaintiff

By Counsel:

/s/Michael T. Ramsey
Michael T. Ramsey (MSB #104978)
**SHEEHAN & RAMSEY, PLLC**
429 Porter Avenue
Ocean Springs, Mississippi 39564
228-875-0572
mike@sheehanramsey.com

**<u>Certificate of Service</u>**

I, Michael T. Ramsey, hereby certify that I have mailed a copy of the foregoing by first class mail, postage prepaid to:

PHH Mortgage Corporation
2000 Midlantic Drive
Suite 410-A,
Mount Laurel, NJ 08054

PHH Mortgage
P.O. Box 24736
West Palm Beach, FL 33416-4736

Western Progressive – Mississippi Inc.
7730 Market Center Ave. Suite 100
El Paso, TX 79912

I further certify that I have sent electronic notice of the foregoing to fax numbers and emails as stated in the Declaration accompanying the Plaintiff's Motion.

So certified:

/s/Michael T. Ramsey
Michael T. Ramsey
